
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MONICA MARTINEZ,

    Plaintiff,

v.                                            Case No: 8:13-cv-1625-T-30TGW

CONVERGENT OUTSOURCING, INC.
and DISH NETWORK, LLC,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Settlement (Dkt. #13).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of November, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1625 dismiss 13.docx