# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MONICA MARTINEZ,

    Plaintiff,

v.                                         Case No: 8:13-cv-1625-T-30TGW

CONVERGENT OUTSOURCING, INC.
and DISH NETWORK, LLC,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Settlement (Dkt. #13).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of November, 2013.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1625 dismiss 13.docx